# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   See attached Rider A to Statement of Related Cases

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   See attached Rider A to Statement of Related Cases

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles                , California.

Dated   11/20/01

_____
Debtor
Donald Kushner
Co-Chief Executive Officer

_____
Joint Debtor

BK-101

# RIDER A TO STATEMENT OF RELATED CASES (RULE 1015-2)

The following affiliates are filing voluntary chapter 11 petitions in this District

| No. | Debtor's Name | Fed. Tax ID No. |
|---|---|---|
| 1 | The Kushner-Locke Company | 95-4079057 |
| 2 | Twilight Entertainment, Inc. | 95-4466800 |
| 3 | Post and Production Services, Inc. | 95-4255197 |
| 4 | KLTV Development Co. | 95-4467713 |
| 5 | KL Productions, Inc. | 95-4043687 |
| 6 | KL Interactive Media, Inc. | 95-4498640 |
| 7 | Kushner-Locke International, Inc. | 95-4503384 |
| 8 | KLF Guild Co. | 95-4468158 |
| 9 | Dayton Way Pictures III, Inc. | 95-4536348 |

312570v1