# UNITED STATES BANKRUPTCY OURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

Kushner-Locke International, Inc., Debtor

Case No._____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| National City Bank<br>651 Nicollet Mall<br>Minneapolis, MN 55402 | Attn: Didi Hagen<br>National City Bank<br>651 Nicollet Mall<br>Minneapolis, MN 55402<br>Ph: 612-904-8719 | Series B subordinated Debentures 13 ¾% | | | | | $1,571,500.00 |
| Alliance Atlantic (Bone Daddy)<br>808 Wilshire Blvd., 3ʳᵈ Floor<br>Santa Monica, CA 90401 | Alliance Atlantic (Bone Daddy)<br>808 Wilshire Blvd., 3ʳᵈ Floor<br>Santa Monica, CA 90401<br>Ph: 310-899-8000<br>Fax: 310-899-8100 | Trade Debt | | | | | $1,500,000.00 |

* The following information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

310778v1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T • | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Screen Actors Guild<br>5757 Wilshire Blvd.<br>Los Angeles, CA 90036 | Screen Actors Guild<br>5757 Wilshire Blvd.<br>Los Angeles, CA 90036<br>Ph: 323-954-1600<br>Fax: 323-549-6603 | Trade Debt | | | | | $656,073.00 |
| U.S. Bank Trust<br>180 East 5th Street<br>St. Paul, MN 55101 | Attn: Greg Lindquest<br>U.S. Bank Trust<br>180 East 5th Street<br>St. Paul, MN 55101<br>Ph: 651-244-8995<br>Fax: 651-244-8884 | Subordinated Debentures 8% | | | | | $602,000.00 |
| Black Circus<br>Counter Clock Picture<br>2633 Lincoln Blvd, No. 602<br>Santa Monica, CA 90405 | Counter Clock Picture<br>Attn: Avi Nescher<br>2633 Lincoln Blvd, No. 602<br>Santa Monica, CA 90405<br>Ph: 310-396-0355 | Trade Debt | | | | | $200,000.00 |
| Euro Film Diffusion SA<br>(Sweating Bullets 1)<br>Bureau Cologne<br>Nidegger Str. 21 D<br>50937 Koln | Euro Film Diffusion SA<br>(Sweating Bullets 1)<br>Bureau Cologne<br>Nidegger Str. 21 D<br>50937 Koln<br>Ph: 49-221-94203000<br>Fax: 49-221-94203020 | Trade Debt | | | | | $198,576.00 |
| S.A.B.C. (Sweating Bullets 3)<br>1501 Radiopark Henley Rd.<br>Auckland Park<br>Johannesburg South Africa | Attn: Ida Hames-Mcnair<br>S.A.B.C. (Sweating Bullets 3)<br>1501 Radiopark Henley Rd.<br>Auckland Park<br>Johannesburg South Africa<br>Ph: 27-11-714-5674<br>Fax: 27-11-714-3055 | Trade Debt | | | | | $194,595.00 |
| Illusion Entertainment Group<br>(Freeway)<br>c/o Directors Guild of America<br>7920 Sunset Blvd.<br>Los Angeles, CA 90046 | Attn: Oliver Stone<br>Illusion Entertainment Group<br>c/o Directors Guild of America<br>7920 Sunset Blvd.<br>Los Angeles, CA 90046<br>Ph: 310-289-2000<br>Fax: 310-289-2029 | Trade Debt | | | | | $144,601.00 |

310778v1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T . | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Ignite Entertainment Group (Girl/Cheerleader) c/o Lion's Gate 4553 Glencoe Ave., Suite 200 Marina Del Rey, CA 90292 | Attn: Michael Burns Ignite Entertainment Group (Girl/Cheerleader) c/o Lion's Gate 4553 Glencoe Ave., Suite 200 Marina Del Rey, CA 90292 Ph: 310-201-1700 Fax: 310-201-7149 | Trade Debt | | | | | $114,558.00 |
| Worldwide Multimedia, Inc. 433 N. Camden Dr., Suite 760 Beverly Hills, CA 90210 | Worldwide Multimedia, Inc. Attn: Chuck Avis 433 N. Camden Dr., Suite 760 Beverly Hills, CA 90210 Ph: 310-888-1214 | Trade Debt | | | | | $120,000.00 |
| PriceWaterhouseCoopers, LLP 1880 Century Park East Suite 1200 Los Angeles, CA 90067 | PriceWaterhouseCoopers, LLP 1880 Century Park East Suite 1200 Los Angeles, CA 90067 Ph: 310-201-1700 | Trade Debt | | | | | $110,800.00 |
| Directors Guild of America Attn: Legal Department 7920 Sunset Blvd. Los Angeles, CA 90046 | Directors Guild of America Attn: Legal Department 7920 Sunset Blvd. Los Angeles, CA 90046 Ph: 310-289-2000 Fax: 310-289-2029 | Trade Debt | | | | | $104,527.00 |
| Writers Guild of America Attn: Legal Department 7000 W. Third St. Los Angeles, CA 90048 | Writers Guild of America Attn: Legal Department 7000 W. Third St. Los Angeles, CA 90048 Ph: 323-951-4000 Fax: 323-782-4807 | Trade Debt | | | | | $100,567.00 |
| Adam Moos 1508 Pandora Avenue Los Angeles, CA 90024 | Adam Moos 1508 Pandora Avenue Los Angeles, CA 90024 Ph: 310-446-6677 Fax: 310-446-3004 | Severance Pay | | | | | $97,684.10 |
| Left Field Productions 3111 W. Burbank Blvd. Burbank, CA 91505 | Left Field Productions 3111 W. Burbank Blvd. Burbank, CA 91505 Ph: 818-558-5838 Fax: 818-558-1965 | Trade Debt | | | | | $74,469.92 |

310778v1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Alpine Releasing (Black & White Tapestry Films) 9328 Civic Center Drive Beverly Hills, CA 90210 | Alpine Releasing 9328 Civic Center Drive Beverly Hills, CA 90210 Ph: 310-275-1191 Fax: 310-275-1266 | Trade Debt | | | | | $61,697.00 |
| Keanu Reeves (Last Time…) c/o Screen Actors Guild 5757 Wilshire Blvd. Los Angeles, CA 90036 | Screen Actors Guild 5757 Wilshire Blvd. Los Angeles, CA 90036 Ph: 323-954-1600 Fax: 323-549-6603 | Trade Debt | | | | | $55,232.00 |
| The NASDAQ Stock Market, Inc. 9509 Key West Avenue Rockville, MD 28500 | The NASDAQ Stock Market, Inc. Attn: Wayne Campbell 9509 Key West Avenue Rockville, MD 28500 Ph: 800-691-4367 Fax: 240-386-5357 | Trade Debt | | | | | $54,009.58 |
| Xerox Corp. PO Box 660501 Dallas, TX 75266-0501 | Xerox Corp. PO Box 660501 Dallas, TX 75266-0501 | Trade Debt | | | | | $51,602.40 |
| Bradley Fuller 1433 Warnall Avenue Los Angeles, CA 90024 | Bradley Fuller 1433 Warnall Avenue Los Angeles, CA 90024 Ph: 310-552-2237 | Severance Pay | | | | | $49,315.07 |

4

## DECLARATION UNDER PENALTY OF PERJURY

## ON BEHALF OF A LIMITED LIABILITY COMPANY

The undersigned, an officer of Kushner-Locke International, Inc., declares under penalty of perjury that he has read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of his information and belief.

DATED: _____11/30_____, 2001

_____
Donald Kushner, Co-Chief Executive Officer